FILED
NOV 1 5 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States District Court
District of Columbia

Jeremy Pinson, R# 16267064,
ADX USP  Plaintiff,
POB 8500
Florence, CO, 81226
V.

Case: 1:12-cv-01872
Assigned To : Contreras, Rudolph
Assign. Date : 11/15/2012
Description: FOIA/Privacy Act

U.S. Department of Justice,
        Defendant

COMPLAINT

## I. Jurisdiction

1. Jurisdiction is asserted pursuant to 5 U.S.C. 552 and 552a, 28 U.S.C. 1331.

## II. Parties

2. Plaintiff Jeremy Pinson # 16267064 is a federal prisoner at ADX Florence, CO.
3. Defendant U.S. Department of Justice (DOJ) is a federal agency subject to the provisions of the Freedom of Information and Privacy Acts.

RECEIVED
Mail Room
NOV 1 5 2012
Angela D. Caesar, Clerk of C...
U.S. District Court, District of Col...

## III. Cause of Action

4. Defendant DOJ failed to comply with FOIA/PA.

## IV. Supporting Facts

5. This action involves the following components of defendant DOJ:
   i. Federal Bureau of Prisons (BOP)
   ii. Civil Rights Division (CRD)
   iii. Civil Division (CIV)
   iv. Criminal Division (CRIM)
   v. Executive Office for U.S. Attorneys (EOUSA)
   vi. Federal Bureau of Investigation (FBI)
   vii. U.S. Marshals Service (USMS)
   viii. Office of Inspector General (OIG)
   ix. Office of Attorney General (OAG)
   x. Office of Deputy Attorney General (ODAG)
   xi. Office of Associate Attorney General (OAAG)
   xii. National Security Division (NSD)
   xiii. Drug Enforcement Administration (DEA)
   xiv. Office of Legal Counsel (OLC)
   xv. Office of Professional Responsibility (OPR)

## BOP Requests

6. Plaintiff submitted 95 FOIA-PA requests to BOP between July 2010 and August 2012 (Request 1-95).

7. Of the 95 requests submitted to BOP the agency refused to produce information on Requests which it assigned No's. 11-1351, 11-1353, 11-843, 10-12533, 11-7400, 12-3706, 11-9164, 11-9352, 11-9398, 11-10556.

8. BOP improperly consolidated 11 requests into a request it assigned No. 11-8171 to avoid provisions on free disclosure then refused to process a request to pay for search and duplication.

9. BOP failed to respond to the remaining 74 requests at all.

### CRD Requests

10. Plaintiff submitted 3 requests to CRD. The agency did not respond to any of them, since 2008.

### CIV Requests

11. Plaintiff submitted 4 requests to CIV. The agency responded to 1 request which it assigned No. 145-FOI-10314 but improperly withheld information.

2

## CRIM Requests

12. Plaintiff submitted 5 requests to the CRIM. The agency acknowledged 2 which it assigned No's 11-351-P and 12-844-P. The agency failed to respond to the first 4 requests and refused to produce information on No. 12-844-P.

## EOUSA Requests

13. Plaintiff submitted 43 requests to EOUSA since 2010. The agency acknowledged 23 requests which it assigned file numbers 11-4506, 11-4507, 11-4508, 12-1748, 12-1751, 12-1752, 12-1754, 10-4127, 10-3887, 10-4177, 12-3065, 12-3094, 12-3095, 12-3096, 12-3097, 11-3289, 12-1758, 12-1757, 12-1761, 12-1762, 12-1760, 12-1764, 12-3947.

14. The agency failed to acknowledge 20 requests.

15. The agency improperly withheld information on Request No's. 12-1762, 12-3094, 12-3289, 11-4508, 12-1752, 12-1751, 10-3887, 10-4127, 10-4177.

4

## FBI Requests

16. The Plaintiff submitted since 2010 26 requests to FBI.
17. FBI failed to acknowledge 12 requests.
18. FBI acknowledged but refused to produce information or conduct a search on 5 requests and failed to produce info on requests it assigned No's. 1199078, 1192365, 1153107, 1199202, 1199194, 1199153, 1194851.

## USMS Requests

19. Plaintiff submitted 2 requests to USMS in 2012. USMS refused to produce information on both requests and accused Plaintiff without basis in evidence of fraud on one request.

## OIG Requests

20. Plaintiff submitted 15 requests to OIG since 2009.
21. OIG responded to one of the requests which it assigned No. 12-OIG-110 but failed or refused to respond to the other 14 requests.

### OAG Requests

22. Plaintiff since 2010 submitted 7 requests to OAG. The OAG responded to only 1 which it assigned Request No. 11-826-F and improperly withheld information.

### ODAG and OAAG Requests

23. Plaintiff submitted 2 requests to ODAG and OAAG which both agencies acknowledged but failed to respond to.

### OLC & NSD Request

24. Plaintiff submitted 1 request each to OLC and NSD. Neither agency responded.

### DEA and OPR Requests

25. Plaintiff submitted 5 requests each to DEA and OPR since 2007. Neither agency responded to any of the requests

/-

## V. Requested Relief

26. Injunction compelling production of information sought on each of the 211 FOIA-PA requests referenced in this action.
27. All damages available under 5 USC 552 be awarded to Plaintiff.
28. That the costs of this action be taxed against defendant DOJ.

It is so Prayed.

*Jeremy Pinson*
Jeremy Pinson # 16267064
ADX U.S. Penitentiary
PO Box 8500
Florence CO 81226

7