# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEREMY PINSON, | : | |
| Plaintiff, | : | Civil Action No.:   12-1872 (RC) |
| v. | : | Re Doc. No.:   102 |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | : | |
| Defendants. | : | |

# ORDER

**GRANTING IN PART AND DENYING IN PART DEFENDANT'S REQUEST TO DISMISS OR SEVER PLAINTIFF'S PRELIMINARY INJUNCTION**

For the reasons stated in the Court's Memorandum Opinion contemporaneously issued, the U.S. Department of Justice's ("DOJ") request to dismiss or sever the Motion for Preliminary Injunction (ECF No. 102) is **GRANTED IN PART AND DENIED IN PART**.  It is hereby **ORDERED** that:

1. The Request to Dismiss (ECF No. 105) the Motion for Preliminary Injunction (ECF No. 102) is **DENIED**.

2. The Request to Sever and Transfer the Motion for Preliminary Injunction (ECF No. 105) is **GRANTED** and the claims in Plaintiff's Motion for Preliminary Injunction shall be severed pursuant to Fed. R. Civ. P. 21, and transferred to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. § 1404(a).

It is **FURTHER ORDERED** that: Plaintiff's Privacy Act claim (ECF No. 32) shall be severed pursuant to Fed. R. Civ. P. 21, and transferred to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED**.

2

Dated: November 21, 2014                                              RUDOLPH CONTRERAS
                                                                     United States District Judge