IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03393-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JEREMY PINSON,

    Plaintiff,

v.

U.S. DEP'T OF JUSTICE,
CHARLES E. SAMUELS JR., and
JOHN DIGNAM,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Jeremy Pinson is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the Springfield Medical Center in Springfield, Colorado.  On November 15, 2012, Plaintiff, acting *pro se*, initiated this action by filing a complaint in the United States District Court for the District of Columbia (District of Columbia) and paying the filing fee.  In the interest of justice, the District of Columbia, on December 16, 2014, transferred in part Plaintiff's Second Amended Complaint, filed on October 23, 2013, to this Court.  The only issues, therefore, before this Court are Plaintiff's Privacy Act claim, as presented in the October 23 Corrected Second Amended Complaint, and the request for injunctive relief that pertains to the Privacy Act claim.  *See Pinson v. United States Dep't of Justice*, No. 12-cv-01872-RC, ECF Nos. 141 and 142 (D. D.C. Filed Nov. 15, 2012).  The operative complaint, (Corrected Second Amended Complaint), and request for injunctive relief are found in this action at ECF Nos. 5 and 6, respectively.

The Court will not consider any new claims or issues in this action because Plaintiff is subject to filing restrictions under *Pinson v. Kasdon*, No. 13-cv-01384-RM-BNB, ECF No. 123 (D. Colo. May 1, 2014).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is not on proper form (Must use Court-approved form revised 10-1-12)
(4) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5) __ is missing certificate showing current balance in prison account
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ other:

**Complaint, Petition or Application**:
(9) __ is not submitted
(10) X is not on proper form (must use the Court's current form)
(11) __ is missing an original signature by the prisoner
(12) __ is missing page nos. __
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text
(15) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED:  December 18, 2014, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge