**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03393-GPG

JEREMY PINSON,

    Plaintiff,

v.

U.S. DEP'T OF JUSTICE,
CHARLES E. SAMUELS JR., and
JOHN DIGNAM,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On January 5, 2015, Plaintiff filed a Motion for Leave to Amend, ECF No. 15. Pursuant to the December 18, 2014 Order to Cure the Motion is denied as moot. Plaintiff is directed that the only proper filings at this time is a Prisoner Complaint that complies with the December 18 Order. Any other pleadings will not be considered by the Court.

Dated: January 6, 2015