**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03393-GPG

JEREMY PINSON,

    Plaintiff,

v.

U.S. DEP'T OF JUSTICE,
CHARLES E. SAMUELS JR., and
JOHN DIGNAM,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On January 13, 2015, Plaintiff filed a Motion for Order and Clarification Regarding Account Statement, ECF No. 17. The Minute Order, ECF No. 13, entered on December 29, 2014, is vacated. Plaintiff's request for an extension of time is granted. Plaintiff shall have up to and including February 13, 2015, to submit his claims on a proper Court-approved form. No further extensions will be granted without just cause.

Dated: January 13, 2015