IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Actions: 14-cv-03393-RM-NYW | Date: May 18, 2015 |
|---|---|
| Courtroom Deputy: Brandy Simmons | FTR: NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| JEREMY PINSON, | *pro se (via telephone)* |
| **Plaintiff,** | |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, | *Timothy Jafek* |
| **Defendant,** | |

### COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING/STATUS CONFERENCE**

Court in Session: 11:14 a.m.

Appearance of Mr. Pinson and Counsel.

The court is experiencing technical difficulties and conducts a conference call from the bench in the courtroom.

Each party has submitted a proposed scheduling order. The court is proceeding with the document submitted by the U.S. Department of Justice, as it incorporates the information in Mr. Pinson's scheduling order.

Currently pending is a Motion for Summary Judgment [32], filed May 14, 2015, and a Motion to Stay Pending Resolution of Motion for Summary Judgment Regarding Exhaustion [34], filed May 14, 2015.

Mr. Pinson has not yet received copies of either motion. Mr. Pinson requests that Mr. Jafek more clearly label the envelope to expedite delivery. Mr. Pinson generally does not object to the stay. Mr. Jafek will ensure that Mr. Pinson receives a copy of the motions.

**ORDERED: Motion to Stay Pending Resolution of Motion for Summary Judgment Regarding Exhaustion [34] is GRANTED.**

The Scheduling Conference is converted to a Status Conference.

Parties discuss appointment of counsel in this matter. The court requests Mr. Pinson to submit a written motion to consider.

Parties discuss the Judge Moore's requirement of a table related to the motion for summary judgment and the best way for Mr. Pinson to receive and complete the table. Parties agree that Mr. Jafek shall send a paper copy with one or two facts per page so Mr. Pinson can easily write or type his portion.

The Proposed Scheduling Order is not entered at this time.

Court in Recess:  11:24 a.m.          Hearing concluded.          Total time in Court:  00:10